[No. 69706-4-I. Division One. June 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY ELIZABETH MAZALIC, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-02097-0, Michael T. Downes, J., entered December 14, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 69733-1-I. Division One. June 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMON ANGEL VERA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00886-2, Eric Z. Lucas, J., entered December 12, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 69751-0-I. Division One. June 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIPE JOSEPH RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05091-7, Beth M. Andrus, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Leach, JJ.

[No. 69892-3-I. Division One. June 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY C. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-03042-8, Michael Hayden, J., entered February 6, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Leach, JJ.